Fill in this information to identify your case:

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NRP Lease Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2059649 |
| 4. | Debtor's address | **Principal place of business**<br><br>2315 Beach Blvd., #203<br>Jacksonville Beach, FL 32250<br>Number, Street, City, State & ZIP Code<br><br>Duval<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor   **NRP Lease Holdings, LLC**
Name

Case number (*if known*) _____

7. Describe debtor's business

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes. _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | When | Case number |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    | | | |
    |---|---|---|
    | Debtor | See attached Schedule VP.1 | Relationship _____ |
    | District _____ | When _____ | Case number, if known _____ |

Debtor  **NRP Lease Holdings, LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **NRP Lease Holdings, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12.5.19
MM / DD / YYYY

X /s/ Henry P. Woodburn III
Signature of authorized representative of debtor

Henry P. Woodburn III
Printed name

Title  **Manager**

**18. Signature of attorney**

X /s/ Richard R. Thames
Signature of attorney for debtor

Date  12/5/19
MM / DD / YYYY

**Richard R. Thames**
Printed name

**Thames Markey & Heekin, PA**
Firm name

**50 North Laura Street
Suite 1600
Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone  **904-358-4000**     Email address  **abd@tmhlaw.net**

**0718459 FL**
Bar number and State

**NRP Lease Holdings, LLC**
Pending / Related Cases - Schedule VP.1

| Name of Debtor | Case No. | Date Filed | District Filed | Relationship | Judge |
|---|---|---|---|---|---|
| Adventure Holdings, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 1010 N. Webb Road, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 1600 Stratford, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 1944 Beach Boulevard, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 2400 Sheridan Drive, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 2590 Water Park Drive, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 2780 SR16, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 3311 Capital Boulevard, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 3660 East Franklin Street, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 4825 Blanding Boulevard, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 5890 Scarborough Drive, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 8333 W. 21st Street N, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 8350 Lyra Drive, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 10735 E. HWY 40, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |
| 17717 Coit Road, LLC | TBD | Contemporaneously | Middle District of FL, Jacksonville Division | Subsidiary | TBD |