**Fill in this information to identify the case:**

Debtor name: **NRP Lease Holdings, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/5/19    X  *Henry P. Woodburn III* (signature)
Signature of individual signing on behalf of debtor

**Henry P. Woodburn III**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **NRP Lease Holdings, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SharedLabs, Inc.<br>6 E. Bay St., #400<br>Jacksonville, FL 32202 | | [balance 12/03/2019] | | | | $111,868.08 |
| Hudson Energy<br>P.O. Box 731137<br>Dallas, TX 75373-7737 | | [831 North Central Parkway, LLC - Galleria Mall] [balance as of 12/03/2019] | Disputed | | | $42,028.64 |
| Roma Foodservice Cistar Corp.<br>P.O. Box 209043<br>Dallas, TX 75320-9043 | | [831 North Central Parkway, LLC - Galleria Mall] [balance as of 12/03/2019] | Disputed | | | $34,995.07 |
| Whirley Drink Works<br>P.O. Box 642576<br>Pittsburgh, PA 15264-2576 | | [balance 12/03/2019] | | | | $27,659.92 |
| Hardball Creative<br>731 Duval Station Rd., #107-326<br>Jacksonville, FL 32218 | | [balance as of 12/03/2019] | | | | $15,177.33 |
| Triotech<br>780 rue Marion<br>Joliette, Que'bec J6E 8S2 CANADA | | [831 North Central Parkway, LLC - Galleria Mall] [balance as of 12/03/2019] | Disputed | | | $14,626.58 |
| Matt Loeb<br>2315 Beach Blvd., #203<br>Jacksonville Beach, FL 32250 | | [balance as of 12/03/2019] | | | | $13,966.82 |
| Cox Media, LLC<br>P.O. Box 105353<br>Atlanta, GA 30348 | | [balance as of 12/03/2019] | | | | $11,058.46 |

Debtor  **NRP Lease Holdings, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WSYX<br>P.O. Box 206270<br>Dallas, TX<br>75320-6270 | | [balance 12/03/2019] | | | | $10,000.00 |
| C3 Media Group, Inc.<br>9838 Old Baymeadows Rd., #356<br>Jacksonville, FL 32256 | | [balance as of 12/03/2019] | | | | $6,500.00 |
| Media Mix, LLC<br>9822 Tapestry Park Cir., #207<br>Jacksonville, FL 32246 | | [balance as of 12/03/2019] | | | | $6,499.00 |
| Valpak of Jacksonville<br>805 Executive Center Dr. W<br>Saint Petersburg, FL 33702 | | [balance 12/03/2019] | | | | $5,928.00 |
| Mint Magazine<br>P.O. Box 829729<br>Philadelphia, PA 19182-9729 | | [balance as of 12/03/2019] | | | | $5,128.00 |
| Dagher Printing for All<br>11775 Marco Beach Dr.<br>Jacksonville, FL 32224 | | [balance as of 12/03/2019] | | | | $3,683.11 |
| Discover Tec<br>4887 Belfort Rd., #400<br>Jacksonville, FL 32256 | | [balance as of 12/03/2019] | | | | $3,575.00 |
| Republic Services<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | | [831 North Central Parkway, LLC - Galleria Mall]<br>[balance as of 12/03/2019] | Disputed | | | $3,263.47 |
| H&H Products<br>6600 Magnolia Homes Rd.<br>Orlando, FL 32810 | | [balance as of 12/03/2019] | | | | $3,088.80 |
| Ad Pages<br>1705 Ave. K<br>Plano, TX 75074-6181 | | [831 North Central Parkway, LLC - Galleria Mall]<br>[balance as of 12/03/2019] | Disputed | | | $2,722.00 |

Debtor   **NRP Lease Holdings, LLC**               Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| iHeartMedia 5588 Collection Center Dr. Chicago, IL 60693 | | [balance as of 12/03/2019] | | | | $2,692.80 |
| Lazer Runner 7927A Coronet Rd. Edmonton, Alberta T6E 4N7 CANADA | | [831 North Central Parkway, LLC - Galleria Mall] [balance as of 12/03/2019] | Disputed | | | $2,613.86 |