## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| NRP LEASE HOLDINGS, LLC, et al.,[1] | ) | Case No.:  3:19-bk-4607-JAF |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 8333 W 21ST STREET N, LLC, | ) | Case No.:  3:19-bk-4608-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 1010 N. WEBB ROAD, LLC, | ) | Case No.:  3:19-bk-4609-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 8350 LYRA DRIVE, LLC, | ) | Case No.:  3:19-bk-4610-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

---

[1]    The Federal Employer Identification Number of the Debtors are NRP Lease Holdings, LLC (27-2059649), 8333 W 21st Street N, LLC (27-2060433), 1010 N. Webb Road, LLC (27-2062783), 8350 Lyra Drive, LLC (27-2063219), 5890 Scarborough Drive, LLC (27-2059790), 10735 E. Hwy 40, LLC (27-2062982), Adventure Holdings, LLC (20-1287061), 2780 SR16, LLC (26-2453946), 2400 Sheridan Drive, LLC (86-1078288), 1600 Stratford, LLC (20-3214101), 3660 East Franklin Street, LLC (20-0077196), 1944 Beach Boulevard, LLC (56-2472270), 4825 Blanding Boulevard, LLC (20-1287152), 3311 Capital Boulevard, LLC (84-1650790), 17717 Coit Road, LLC (20-1292272) and 2590 Water Park Drive, LLC (46-0657049).

In re                                          )

5890 SCARBOROUGH DRIVE, LLC,                   )        Case No.:  3:19-bk-4611-JAF

              Debtor.                      )        Chapter 11

_____        )

In re                                          )

10735 E. HWY 40, LLC,                          )        Case No.:  3:19-bk-4612-JAF

              Debtor.                      )        Chapter 11

_____        )

In re                                          )

ADVENTURE HOLDINGS, LLC,                       )        Case No.:  3:19-bk-4613-JAF

              Debtor.                      )        Chapter 11

_____        )

In re                                          )

2780 SR16, LLC,                                )        Case No.:  3:19-bk-4614-JAF

              Debtor.                      )        Chapter 11

_____        )

In re                                          )

2400 SHERIDAN DRIVE, LLC,                      )        Case No.:  3:19-bk-4615-JAF

              Debtor.                      )        Chapter 11

_____        )

In re                                          )

1600 STRATFORD, LLC,                           )        Case No.:  3:19-bk-4616-JAF

              Debtor.                      )        Chapter 11

_____        )

| | | |
|---|---|---|
| In re | ) | |
| 3660 EAST FRANKLIN STREET, LLC, | ) | Case No.:  3:19-bk-4617-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 1944 BEACH BOULEVARD, LLC, | ) | Case No.:  3:19-bk-4618-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 4825 BLANDING BOULEVARD, LLC, | ) | Case No.:  3:19-bk-4619-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 3311 CAPITAL BOULEVARD, LLC, | ) | Case No.:  3:19-bk-4620-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| 17717 COIT ROAD, LLC, | ) | Case No.:  3:19-bk-4621-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

In re                                          )

2590 WATER PARK DRIVE, LLC,                     )        Case No.:  3:19-bk-4622-JAF

                Debtor.            )        Chapter 11

_____  )

## MOTION FOR JOINT ADMINISTRATION

Debtor, NRP Lease Holdings, LLC ("NRP Holdings"), and its wholly-owned subsidiaries, 8333 W 21st Street N, LLC, 1010 N. Webb Road, LLC, 8350 Lyra Drive, LLC, 5890 Scarborough Drive, LLC, 10735 E. Hwy 40, LLC, Adventure Holdings, LLC ("Adventure Holdings"), 2780 SR16, LLC, 2400 Sheridan Drive, LLC, 1600 Stratford, LLC, 3660 East Franklin Street, LLC, 1944 Beach Boulevard, LLC, 4825 Blanding Boulevard, LLC, 3311 Capital Boulevard, LLC, 17717 Coit Road, LLC, 2590 Water Park Drive, LLC (collectively, the "Debtors"), move the Court, pursuant to Federal Rule of Bankruptcy Procedure 1015(b), for the entry of an order directing (a) the joint administration of these Chapter 11 case with the Chapter 11 cases of its affiliates, and (b) parties in interest to use a consolidated caption to indicate that any filed pleading relates to the jointly administered bankruptcy cases of "NRP Lease Holdings, LLC, et al."  In support of this Motion, NRP Holdings respectfully states:

## Background

1.    On December 5, 2019 (the "Petition Date"), NRP Holdings and the above described affiliates filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").  The Debtors are

continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.      NRP Holdings is a leader in the regional family entertainment center business.  Through its operating subsidiaries, NRP Holdings manages 13 parks in Florida, North Carolina, New York, Kansas, Ohio, Texas and Missouri.  While the attractions vary by park venue, they typically include miniature golf, laser tag, arcade games, batting cages, go-carts, bumper boats, roller coasters, snack bars and waterslides.

3.      The Debtors manage their operation through two holding companies, NRP Holdings and Adventure Holdings, which in turn operate 13 amusement parks, plus one "mothballed" facility.  Adventure Holdings is a direct subsidiary of NRP Holdings.

4.      NRP Holdings is the sole Member *and* Managing Member of the following operating entities:

        a.      8333 W 21st Street N, LLC.  This entity operates the "All Star Sports" amusement park in Wichita, Kansas.  The amenities include a large arcade, a 36-hole miniature golf course, a driving range, a go-kart track and a snack bar.

        b.      1010 N. Webb Road, LLC.  This entity operates the "All Star Adventures" amusement park in Wichita, Kansas, which includes all of the amenities attendant its sister Wichita park, but with an additional 18 amusement rides.

        c.      8350 Lyra Drive, LLC.  This entity operates the "Magic Mountain Fun Center" in Columbus, Ohio.  Amenities include a large arcade, a laser tag course, 2 go-kart tracks, snack bars and a 36-hole miniature golf course.

        d.      5890 Scarborough Drive, LLC.  This entity operates a second "Magic Mountain Fun Center" in Columbus, Ohio.  The amenities at this location include a go-kart track, an arcade, batting cages, snack bar and a 36-hole miniature golf course.

        e.      10735 E. Hwy 40, LLC.  This entity operates the "Cool Crest" entertainment center in Independence, Missouri.  Amenities include an arcade, 4

miniature golf courses (72 holes), batting cages, a go-kart track and food/beverage facilities.

5.     NRP Holdings is the sole Member of the following operating entities:

a.     <u>Adventure Holdings, LLC</u>.   This entity, operating from 2315 Beach Boulevard, Suite 203, Jacksonville Beach, Florida, performs the majority of the administrative work for the Debtors, including payroll administration, insurance procurement, etc.   It is also the sole member of a number of the operating entities as set forth below.

b.     <u>2780 SR 16, LLC</u>.  This entity operates the "Adventure Landing" amusement park in St. Augustine, Florida.  Amenities at this park include an arcade, batting cages, an 18-hole miniature golf course, go-karts and food/beverage facilities.

c.     <u>2400 Sheridan Drive, LLC</u>.   This company operates the "Adventure Landing" entertainment complex in Buffalo, New York.  Amenities at this location include an arcade, a 54-hole miniature golf course, and a snack bar.

d.     <u>1600 Stratford, LLC</u>.   This entity operates the "Adventure Landing" park in Winston-Salem, North Carolina.  Amenities at this location include a 54-hole miniature golf course, an arcade, bumper boats and a snack bar.

e.     <u>3660 East Franklin Street, LLC</u>.   This company operates the "Adventure Landing" entertainment park in Gastonia, North Carolina.  Amenities include an arcade, a 54-hole miniature golf course, batting cages, and a snack bar.

6.     Adventure Holdings in turn is the sole Member and Managing Member of

the following entities:

a.     <u>1944 Beach Boulevard, LLC</u>.  This entity operates the Debtors' flagship location, "Adventure Landing", in Jacksonville Beach, Florida. Amenities at this park include go-karts, an arcade, a small roller coaster, a laser tag course, batting cages, a water park, snack bars and a 36-hole miniature golf course.

b.     <u>4825 Blanding Boulevard, LLC</u>.   This entity operates the "Adventure Landing" facility in Orange Park, Florida.  Amenities at this location include an arcade, laser tag, go-karts, snack bars and a 36-hole miniature golf course.

c.    3311 Capital Boulevard, LLC.    This company operates the "Adventure Landing" facility in Raleigh, North Carolina.   Attractions include laser tag, an arcade, batting cages, go-karts and a 54-hole miniature golf course.

d.    17717 Coit Road, LLC.    This entity operates the "Adventure Landing" park in Dallas, Texas.   Amenities at this location include an arcade, laser tag, batting cages, bumper boats, 2 go-kart tracks and snack bars.

7.     Adventure Holdings, LLC is the sole Member of the following entities:

a.    2590 Water Park Drive, LLC.    This entity operated "The Beach" waterpark in Mason, Ohio.  This facility is currently closed.

8.     The Debtors are owned, directly or indirectly, by Henry P. Woodburn III and his wife, Susan.  Mr. Woodburn is the manager for NRP Holdings and Adventure Holdings, which are in turn the managers of the operating entities described above.  Mr. Woodburn is the founder of the companies.

9.     All of the Debtors are managed from NRP Holdings' headquarters in Jacksonville Beach, Florida.  In that same vein, the entities utilized a consolidated cash management and vendor payment system.

**Requested Relief**

10.   Rule 1015(b), Federal Rule of Bankruptcy Procedure, provides in relevant part:

> (b)  *Cases Involving Two or More Related Debtors*.  If a joint petition or two or more petitions are pending in the same court by or against . . . (4) a debtor and an affiliate, the court may order a joint administration of the estates. Prior to entering an order the court shall give consideration to protecting creditors of different estates against potential conflicts of interest.

Rule 1015(b), Federal Rules
of Bankruptcy Procedure.

11.    According to the notes of the Advisory Committee on the Bankruptcy Rules, joint administration may include combining debtor's estates by using a single docket for matters occurring in the administration thereof, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other pending administrative matters "that may aid in expedition of the cases and rendering the process less costly."

12.    Here, the joint administration of the Debtors' Chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Entering an order directing joint administration of the Debtors' Chapter 11 cases will avoid the need for duplicative notices, motions and applications, thereby saving time and expense.   Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only.  The Court also will be relieved of the burden of entering duplicative orders and maintaining redundant files in multiple cases.

13.    Creditors would also benefit from administrative consolidation because it will permit the business of these Debtors to continue to be operated as a single, economic enterprise without the need for different and duplicative management of the individual Debtor entities or their respective estates.

14.    The close affiliation among the Debtors also warrants joint administration of these cases.  The officers of the Debtors are substantially the same and all the books and records of the Debtors are located at one principal location.  Moreover, the Debtors' accounting procedures are centralized and accounts payable and accounts receivable for each of the Debtors is handled through a consolidated cash management system.  In addition, the Debtors intend to file a joint plan of reorganization to address all of the claims that are outstanding against each of the Debtors.  Thus, joint administration of these Chapter 11 cases facilitates the orderly and efficient administration thereof.

15.    Due to the close relationship between the debtor entities, and their use of a consolidated cash management system, Debtors also propose that they be permitted to file a consolidated monthly operating report covering the income and disbursements for all of the Debtors.

16.    Pursuant to § 342(c)(1) of the Bankruptcy Code, "[i]f notice is required to be given by the debtor to a creditor . . . such notice shall contain the name, address, and last four digits of the taxpayer identification number of the debtor."  The majority of the debt and the largest number of creditors relate to NRP Holdings.  NRP Holdings therefore proposes that its case be designated as the lead case for administrative purposes.  A proposed consolidated caption for all notices, applications, motions and other pleadings (the "Proposed Caption") is annexed hereto as **Exhibit A**.  The Proposed Caption contains all of the required information and, therefore, satisfies the terms of § 342(c) of the Bankruptcy Code.  Accordingly, NRP Holdings requests that the Court find that the Proposed Caption satisfies the requirements of § 342(c)(1) of the Bankruptcy Code in all respects.

WHEREFORE, NRP Holdings respectfully requests the entry of an order (i) authorizing the joint administration of these cases for administrative purposes only under the lead case of NRP Lease Holdings, LLC, Case No. 3:19-bk-4607-JAF, (ii) authorizing them to file a consolidated monthly operating report, and (iii) granting such other relief as is appropriate.

**THAMES MARKEY & HEEKIN, P.A.**

*/s/ Richard R. Thames*
By_____
        Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@tmhlaw.net

Attorneys for the Debtors

## **Certificate of Service**

I certify that, on December 6, 2019, a copy of the foregoing was filed electronically with the Court's CM/ECF filing system which will generate an electronic notice of filing to all creditors and parties in interest who have consented to receiving electronic notices in this case.

*/s/ Richard R. Thames*

_____
Attorney

# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case Nos.: 3:19-bk-4607-JAF through 3:19-bk-4622-JAF |
| NRP LEASE HOLDINGS, LLC, et al., | ) | |
| | | Chapter 11 |
| Debtors. | ) | |
| | | Jointly Administered Under |
| _____ | ) | Case No.: 3:19-bk-4607-JAF |

**[TITLE OF PLEADING]**

98